**EXHIBIT 1**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., | |
| Plaintiff, | |
| - against - | |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | Adv. Pro. No. 24-50188 (JTD) |
| Defendants. | |

**ORDER APPROVING THIRD STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Upon the *Certification of Counsel* and the *Third Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation")[2] entered into between Plaintiff and Defendants, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefor;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: _____
        Wilmington, Delaware

_____
The Honorable John T. Dorsey
Chief United States Bankruptcy Judge

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>    Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.,<br>                    Plaintiff,<br>- against -<br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br>                    Defendants. | Adv. Pro. No. 24-50188 (JTD) |

## THIRD STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff Alameda Research Ltd. ("Alameda" or "Plaintiff") and Defendants Foris Dax MT Ltd., Foris DAX Asia Pte. Ltd., Foris DAX, Inc. and Iron Block Capital (collectively, the "Defendants" and, together with Alameda, the "Parties"), by and through their respective undersigned counsel, enter into this *Third Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1. On November 7, 2024, Plaintiff initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542 and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

2. On November 21, 2024, Foris Dax, Inc. and Iron Block Capital were served a *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 3-4]. All Defendants have agreed to accept service of the Complaint and waive their objections, if any, to service of process.

3. On December 19, 2024, the Parties stipulated to extend the Defendants' time to respond to the Complaint until January 21, 2025. [Adv. D.I. 5, 6].

4. On January 14, 2025, Plaintiff served *Plaintiff's First Set of Requests for Production of Documents* on certain Defendants, to which such Defendants responded on February 5, 2025.

5. On January 17, 2025, the Parties stipulated to extend the Defendants' time to respond to the Complaint until February 7, 2025. [Adv. D.I. 9].

6. The Parties have conferred regarding an agreement to further extend the Defendants' time to respond to the Complaint.

7. The Defendants' deadline to respond to the Complaint shall be extended through February 21, 2025.

8. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

9. Except for defenses relating to service of process, the Defendants reserve all rights, claims, counterclaims and defenses.

2

Dated: February 6, 2025

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **K&L GATES LLP** |
| */s/ Howard W. Robertson, IV* | */s/ Matthew B. Goeller* |
| Adam G. Landis (No. 3407) | Steven L. Caponi (No. 3484) |
| Richard S. Cobb (No. 3157) | Matthew B. Goeller (No. 6283) |
| Matthew B. McGuire (No. 4366) | 600 N. King St., Suite 901 |
| Howard W. Robertson, IV (No. 6903) | Wilmington, DE 19801 |
| 919 Market Street, Suite 1800 | Telephone: (302) 416-7000 |
| Wilmington, DE 19801 | Email: steven.caponi@klgates.com |
| Telephone: (302) 467-4400 | Email: matthew. goeller@klgates.com |
| E-mail: landis@lrclaw.com | |
|         cobb@lrclaw.com | -and- |
|         mcguire@lrclaw.com | |
|         robertson@lrclaw.com | Robert Honeywell (*pro hac vice* forthcoming) |
| | 599 Lexington Avenue |
| -and- | New York, NY 10022 |
| | Telephone: (212) 536-4863 |
| **SULLIVAN & CROMWELL LLP** | E-mail: Robert.Honeywell@klgates.com |
| Stephanie G. Wheeler (admitted *pro hac vice*) | |
| Brian D. Glueckstein (admitted *pro hac vice*) | *Counsel to the Defendants* |
| Justin J. DeCamp (admitted *pro hac vice*) | |
| Christopher J. Dunne (admitted *pro hac vice*) | |
| Jacob M. Croke (admitted *pro hac vice*) | |
| 125 Broad Street | |
| New York, NY 10004 | |
| Telephone: (212) 558-4000 | |
| Facsimile: (212) 558-3588 | |
| E-mail: wheelers@sullcrom.com | |
|         gluecksteinb@sullcrom.com | |
|         decampj@sullcrom.com | |
|         dunnec@sullcrom.com | |
|         crokej@sullcrom.com | |
| | |
| *Counsel to Plaintiff* | |