**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
|       Debtors. | (Jointly Administered) |

| | |
|---|---|
| ALAMEDA RESEARCH LTD., | |
|       Plaintiff, | |
| - against - | |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | Adv. Pro. No. 24-50188 (JTD) |
|       Defendants. | |

### THIRD STIPULATION FOR AN EXTENSION OF TIME FOR
### DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff Alameda Research Ltd. ("Alameda" or "Plaintiff") and Defendants Foris Dax MT Ltd., Foris DAX Asia Pte. Ltd., Foris DAX, Inc. and Iron Block Capital (collectively, the "Defendants" and, together with Alameda, the "Parties"), by and through their respective undersigned counsel, enter into this *Third Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1.      On November 7, 2024, Plaintiff initiated the above-captioned adversary proceeding by filing the *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542 and Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

2.      On November 21, 2024, Foris Dax, Inc. and Iron Block Capital were served a *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 3-4].  All Defendants have agreed to accept service of the Complaint and waive their objections, if any, to service of process.

3.      On December 19, 2024, the Parties stipulated to extend the Defendants' time to respond to the Complaint until January 21, 2025.  [Adv. D.I. 5, 6].

4.      On January 14, 2025, Plaintiff served *Plaintiff's First Set of Requests for Production of Documents* on certain Defendants, to which such Defendants responded on February 5, 2025.

5.      On January 17, 2025, the Parties stipulated to extend the Defendants' time to respond to the Complaint until February 7, 2025.  [Adv. D.I. 9].

6.      The Parties have conferred regarding an agreement to further extend the Defendants' time to respond to the Complaint.

7.      The Defendants' deadline to respond to the Complaint shall be extended through February 21, 2025.

8.      This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

9.      Except for defenses relating to service of process, the Defendants reserve all rights, claims, counterclaims and defenses.

Dated:  February 6, 2025

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **K&L GATES LLP** |
| */s/ Howard W. Robertson, IV* | */s/ Matthew B. Goeller* |
| Adam G. Landis (No. 3407) | Steven L. Caponi (No. 3484) |
| Richard S. Cobb (No. 3157) | Matthew B. Goeller (No. 6283) |
| Matthew B. McGuire (No. 4366) | 600 N. King St., Suite 901 |
| Howard W. Robertson, IV (No. 6903) | Wilmington, DE 19801 |
| 919 Market Street, Suite 1800 | Telephone: (302) 416-7000 |
| Wilmington, DE 19801 | Email: steven.caponi@klgates.com |
| Telephone: (302) 467-4400 | Email: matthew. goeller@klgates.com |

**LANDIS RATH & COBB LLP**

*/s/ Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
E-mail: landis@lrclaw.com
          cobb@lrclaw.com
          mcguire@lrclaw.com
          robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
          gluecksteinb@sullcrom.com
          decampj@sullcrom.com
          dunnec@sullcrom.com
          crokej@sullcrom.com


*Counsel to Plaintiff*

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: steven.caponi@klgates.com
Email: matthew. goeller@klgates.com

-and-

Robert Honeywell (*pro hac vice* forthcoming)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-4863
E-mail: Robert.Honeywell@klgates.com

*Counsel to the Defendants*