## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50184 (KBO) |
| GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI, | |
| Defendants. | |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 24-50188 (KBO) |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | |
| Defendants. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0083040.2}

FTX RECOVERY TRUST,

                Plaintiffs,

        - against -

AMERICAN VALUES COALITION, INC.,

                Defendant.

Adv. Pro. No. 24-50191 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiffs,

        - against -

FARMINGTON STATE CORPORATION (f/k/a
FARMINGTON STATE BANK, d/b/a
GENIOME BANK, d/b/a MOONSTONE
BANK), FBH CORPORATION, and JEAN
CHALOPIN,

                Defendant.

Adv. Pro. No. 24-50197 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiffs,

        - against -

NEW YORK SOLIDARITY NETWORK,

                Defendant.

Adv. Pro. No. 24-50199 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiffs,

        - against -

PROSPERITY ALLIANCE, INC.,

                Defendant.

Adv. Pro. No. 24-50201 (KBO)

{1368.003-W0083040.2}

FTX RECOVERY TRUST,

          Plaintiffs,

      - against -

WORKING AMERICA,

          Defendant.

Adv. Pro. No. 24-50204 (KBO)

---

FTX RECOVERY TRUST,

          Plaintiffs,

      - against -

SECUREBIO, INC. dba SECUREBIO,

          Defendant.

Adv. Pro. No. 24-50211 (KBO)

---

FTX RECOVERY TRUST,

          Plaintiffs,

      - against -

THE GOODLY INSTITUTE dba GOODLY
LABS,

          Defendant.

Adv. Pro. No. 24-50212 (KBO)

---

FTX RECOVERY TRUST,

          Plaintiffs,

      - against -

SPARTZ PHILANTHROPIES, dba
RETHINK CHARITY and NONLINEAR,

          Defendant.

Adv. Pro. No. 24-50213 (KBO)

FTX RECOVERY TRUST,

                    Plaintiffs,

          - against -

MANIFOLD MARKETS, INC,

                    Defendant.

Adv. Pro. No. 24-50214 (KBO)

FTX RECOVERY TRUST,

                    Plaintiff,

          - against -

KUROSEMI INC.,

                    Defendant.

Adv. Pro. No. 25-50635 (KBO)

**SECOND AMENDED² NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 12, 2025 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**WITHDRAWN MATTERS:**

1.   Motion of Folkvang Ltd. for Entry of an Order (I) Authorizing Repurchase of Equity Interest in Folkvang Ltd. Held by Debtor Alameda Research Ltd., (II) Authorizing

---

² **Amended items appear in bold.**

Folkvang Ltd.'s Repayment of Loan Made by Debtor Maclaurin Investments Ltd., (III) Allowing Setoff of Repurchase and Repayment Amounts, and (IV) Granting Related Relief [D.I. 30579, filed on June 2, 2025]

Status: This motion has been withdrawn [D.I. 32095].

2.  Folkvang Ltd.'s Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. for Entry of an Order (I) Authorizing Repurchase of Equity Interest in Folkvang Ltd. Held by Debtor Alameda Research Ltd., (II) Authorizing Folkvang Ltd.'s Repayment of Loan Made by Debtor Maclaurin Investments Ltd., (III) Allowing Setoff of Repurchase and Repayment Amounts, and (IV) Granting Related Relief, and (B) Declaration of Michael Laurens Van Rossum in Support Thereof [D.I. 30580, filed on June 2, 2025]

Status: This motion has been withdrawn [D.I. 32096].

**ADJOURNED MATTERS:**

3.  Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

Status: This matter is adjourned to a date to be determined.

4.  Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd. [D.I. 30932, filed on June 20, 2025]

Status: This matter is adjourned to December 9, 2025.

5.  FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31846, filed on July 23, 2025]

Status: This matter is adjourned to the hearing scheduled for September 11, 2025.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

6.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 – Adv. D.I. 3, filed on December 13, 2024]

Status: This matter is adjourned to a date to be determined.

7.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

Status: This matter is adjourned to a date to be determined.

8.      Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. Prosperity Alliance, Inc.*, Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

9.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. The Goodly Institute*, Adv. No.  24-50212 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

10.     Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. Spartz Philanthropies, dba Rethink Charity et. al.*, Adv. No. 24-50213 – Adv. D.I. 3, filed on November 26, 2024]

Status: **This matter has been dismissed [Adv. D.I. 60]**.

11.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. American Values Coalition, Inc.*, Adv. No. 24-50191 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

12.     Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. New York Solidarity Network*, Adv. No. 24-50199 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

13.     Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. Working America*, Adv. No. 24-50204 – Adv. D.I. 6, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for September 11, 2025.

14.     Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. Manifold Markets, Inc.*, Adv. No. 24-50214 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

15.     Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. SecureBio, Inc. dba SecureBio*, Adv. No. 24-50211 – Adv. D.I. 3, filed on November 26, 2024]

Status: **This matter has been dismissed [Adv. D.I. 38]**.

16.   Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. Kurosemi Inc.* – Adv. No. 25-50635  –  Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS**:

17.   FTX Recovery Trust's One Hundred Eighty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 31056 & 31073, filed on June 26, 2025]

Status: On August 7, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

18.   FTX Recovery Trust's One Hundred Eighty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 31057 & 31074, filed on June 26, 2025]

Status: On August 7, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

19.   FTX Recovery Trust's One Hundred Eighty-Fourth (Substantive) Omnibus Objection to Certain Misclassified Claims (Customer Claims) [D.I. 31058 & 31075, filed on June 26, 2025]

Status: On August 7, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

20.   FTX Recovery Trust's One Hundred Eighty-Fifth (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 31059 & 31076, filed on June 26, 2025]

Status: On August 7, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

21.   FTX Recovery Trust's One Hundred Eighty-Sixth (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims) [D.I. 31060 & 31077, filed on June 26, 2025]

Status: On August 7, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**INTERIM FEE APPLICATIONS UNDER CERTIFICATION OF COUNSEL**:

22.   Eighth Consolidated Monthly and Eighth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2024 Through January 31, 2025 [D.I. 31140, filed on July 2, 2025]

Objection Deadline: July 23, 2025 at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A.   Certificate of No Objection Regarding (I) Eighth Consolidated Monthly and Eighth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2024 Through January 31, 2025 and (II) Ninth Consolidated Monthly and Ninth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025 [D.I. 31891, filed on July 25, 2025]

B.   Certification of Counsel [D.I. 32263, filed on August 8, 2025]

Status: On August 11, 2025, the Court entered an order granting the related relief. Accordingly, a hearing on this matter is not required.

23.   Ninth Consolidated Monthly and Ninth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025 [D.I. 31141, filed on July 2, 2025]

Objection Deadline: July 23, 2025 at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A.   Certificate of No Objection Regarding (I) Eighth Consolidated Monthly and Eighth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2024 Through January 31, 2025 and (II) Ninth Consolidated Monthly and Ninth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025 [D.I. 31891, filed on July 25, 2025]

B.      Certification of Counsel [D.I. 32263, filed on August 8, 2025]

Status: On August 11, 2025, the Court entered an order granting the related relief. Accordingly, a hearing on this matter is not required.

**MATTERS GOING FORWARD:**

24.     Amended Motion to Extend Time to Complete KYC Requirements as to Morgan & Morgan P.A. Clients Who Are Bone Fide FTX Customers [D.I. 31992, filed on July 29, 2025]

Objection Deadline: August 5, 2025 at 4:00 p.m. (ET)

Responses Received:

A.      Objection of the FTX Recovery Trust to Amended Motion to Extend Time to Complete KYC Requirements [D.I. 32097, filed on August 5, 2025]

Related Documents:

A.      Silvio Pop Letter Regarding Objection to Transfer of Claim No. 6304 & 80161 [D.I. 29870, filed on March 5, 2025]

B.      Motion to Extend Time to Complete KYC Requirements [D.I. 30432, filed on May 16, 2025]

C.      Motion to Appear Remotely via Video Conference [D.I. 30433, filed on May 16, 2025]

D.      Objection of the FTX Recovery Trust to Motion to Extend Time to Complete KYC Requirement [D.I. 30898, filed on June 18, 2025]

E.      Verified Statement of Gellert Seitz Busenkell & Brown LLC and Morgan & Morgan, P.A. Pursuant to Bankruptcy Rule 2019 [D.I. 31989, filed on July 29, 2025]

F.      Notice of Withdrawal of Motion and Amended Motion to Extend Time to Complete KYC Requirements [D.I. 32286, field on August 11, 2025]

Status: On August 11, 2025, Morgan & Morgan filed the Notice of Withdrawal [D.I. 32286] withdrawing this matter.

25.     Amended Motion to Appear Remotely via Video Conference [D.I. 31993, filed on July 29, 2025]

Objection Deadline: August 5, 2025 at 4:00 p.m. (ET)

Responses Received:

A.     Objection of the FTX Recovery Trust to Amended Motion to Appear Remotely via Video Conference [D.I. 32098, filed on August 5, 2025]

Related Documents:

A.     Silvio Pop Letter Regarding Objection to Transfer of Claim No. 6304 & 80161 [D.I. 29870, filed on March 5, 2025]

B.     Motion to Appear Remotely via Video Conference [D.I. 30433, filed on May 16, 2025]

C.     Motion to Extend Time to Complete KYC Requirements [D.I. 30432, filed on May 16, 2025]

D.     Objection of the FTX Recovery Trust to Motion to Appear Remotely via Video Conference [D.I. 30899, filed on June 18, 2025]

E.     Verified Statement of Gellert Seitz Busenkell & Brown LLC and Morgan & Morgan, P.A. Pursuant to Bankruptcy Rule 2019 [D.I. 31989, filed on July 29, 2025]

F.     Notice of Withdrawal of Motion to Appear Remotely via Video Conference [D.I. 32284, filed on August 11, 2025]

Status: On August 11, 2025, Morgan & Morgan filed the Notice of Withdrawal [D.I. 32284] withdrawing this matter.

26.     FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 29733 & 29744, filed on February 25, 2025]

Objection Deadline: April 10, 2025 at 4:00 p.m. (ET)

Responses Received:

A.     [SEALED] Response of Claimant to the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Claims [D.I. 30911, filed on June 18, 2025]

Related Documents:

A.     FTX Recovery Trust's Reply to Response of Claimant Angelo Breen to the One Hundred Sixtieth (Substantive) Omnibus Objection to Claims [D.I. 32216, filed on August 6, 2025]

B.      [SEALED] Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [D.I. 32217, filed on August 6, 2025]

C.      [REDACTED] Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [D.I. 32218, filed on August 6, 2025]

D.      Motion of Claimant No. 911658 for Leave to File and Serve Sur-Reply in Support of Claimant's Response [D.I. 32264, filed on August 8, 2025]

E.      FTX Recovery Trust's Response to Motion of Claimant to File Sur-Reply [D.I. 32279, filed on August 10, 2025]

F.      FTX Recovery Trust's Witness and Exhibit List for Hearing on August 12, 2025 at 9:30 a.m. (ET) [D.I. 32296, filed on August 11, 2025]

**G.      Witness and Exhibit List of Claimant No. 911658 for the Hearing on August 12, 2025 at 9:30 a.m. (ET) [D.I. 32304, filed on August 11, 2025]**

**H.      [REDACTED] FTX Recovery Trust's Reply to Response of Claimant Angelo Breen to the One Hundred Sixtieth (Substantive) Objection to Claims [D.I. 32306, filed on August 11, 2025]**

**I.      [REDACTED] Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [D.I. 32307, filed on August 11, 2025]**

Status: This matter is going forward solely as to claim number 96754.

27.     Motion of Claimant No. 911658 for Leave to File and Serve Sur-Reply in Support of Claimant's Response [D.I. 32264, filed on August 8, 2025]

Objection Deadline: At or before the hearing.

Responses Received:

A.      FTX Recovery Trust's Response to Motion of Claimant to File Sur-Reply [D.I. 32279, filed on August 10, 2025]

Related Documents:

A.      FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 29733 & 29744, filed on February 25, 2025]

B.      [SEALED] Response of Claimant to the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Claims [D.I. 30911, filed on June 18, 2025]

C.     FTX Recovery Trust's Reply to Response of Claimant Angelo Breen to the One Hundred Sixtieth (Substantive) Omnibus Objection to Claims [D.I. 32216, filed on August 6, 2025]

D.     [SEALED] Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [D.I. 32217, filed on August 6, 2025]

E.     [REDACTED] Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [D.I. 32218, filed on August 6, 2025]

F.     FTX Recovery Trust's Witness and Exhibit List for Hearing on August 12, 2025 at 9:30 a.m. (ET) [D.I. 32296, filed on August 11, 2025]

**G.     Witness and Exhibit List of Claimant No. 911658 for the Hearing on August 12, 2025 at 9:30 a.m. (ET) [D.I. 32304, filed on August 11, 2025]**

**H.     [REDACTED] FTX Recovery Trust's Reply to Response of Claimant Angelo Breen to the One Hundred Sixtieth (Substantive) Objection to Claims [D.I. 32306, filed on August 11, 2025]**

**I.     [REDACTED] Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [D.I. 32307, filed on August 11, 2025]**

Status: This matter is going forward.

## ADVERSARY MATTERS GOING FORWARD:

28.     Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. Farmington State Corporation*, Adv. No. 24-50197- Adv. D.I. 43 & 44, filed on June 19, 2025]

Related Documents:

A.     Contested Certification of Counsel Regarding Plaintiff's Proposed Case Management Plan and Scheduling Order [Adv. D.I. 55, filed on August 5, 2025]

B.     Defendants' Motion to Stay Discovery Pending a Resolution of Its Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 56, filed on August 7, 2025]

C.     Contested Certification of Counsel Regarding Plaintiff's Proposed Case Management Plan and Scheduling Order [Adv. D.I. 57, filed on August 7, 2025]

Status: This matter is adjourned to a date to be determined.

Dated: August 12, 2025
    Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*